### UNITED STATES of America, Plaintiff—Appellee,

v.

### Olegario SAAVEDRA–ROJAS, Defendant—Appellant.

No. 04–50165.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted Aug. 1, 2005.*

Decided Aug. 15, 2005.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Donald James IKARI, Defendant—
Appellant.

No. 04–50320.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 15, 2005.**

Before: O'SCANNLAIN, CALLAHAN,
and BEA, Circuit Judges.

MEMORANDUM **

Olegario Saavedra–Rojas appeals the district court's judgment revoking his supervised release and imposing a term of imprisonment. He contends that the district court lacked authority to impose a new term of imprisonment because the imposition of supervised release under 18 U.S.C. § 3583 was unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). This contention is foreclosed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 764, 160 L.Ed.2d 621 (2005) (upholding § 3583).

**AFFIRMED.**

Before: O'SCANNLAIN, CALLAHAN,
and BEA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

